**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 118377
*Attorneys for Plaintiff*

So Ordered,

/s/(ARR)

ALLYNE R. ROSS, U.S.D.J.
6/27/20

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

KARIMAH SHIELDS, individually and on behalf of all others similarly situated,

    Plaintiff,

-against-

CLIENT SERVICES, INC.,

    Defendant.

Docket No: 1:20-cv-01566-ARR-RML

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed.

Dated: June 26, 2020

        **BARSHAY SANDERS, PLLC**

        By:  /s *Jonathan M. Cader*
        Jonathan M. Cader, Esq.
        100 Garden City Plaza, Suite 500
        Garden City, New York 11530
        Tel. (516) 203-7600
        Email: *jcader@BarshaySanders.com*
        Our File No: 118377
        *Attorneys for Plaintiff*

Barshay Sanders PLLC